

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE CITY OF ELPASO, | § | No. 08-19-00163-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| JOANNA CANGIALOSI, INDIVIDUALLY, AND AS NEXT OF FRIEND OF C.C., A MINOR CHILD, SURVIVING DAUGHTER AND AS HEIR TO THE ESTATE OF ANNETTE MARTINEZ; JOSE AGUILAR; RAYMOND AGUILAR; FIDEL AGUILAR; ERIC AGUILAR, INDIVIDUALLY AND AS SURVIVING SONS AND HEIRS TO THE ESTATE OF ANNETTE MARTINEZ, | § § § § § § | of El Paso County, Texas (TC#2018DCV0797) |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the trial court's denial of Appellant's plea to the jurisdiction. We therefore affirm the trial court's order denying Appellant's plea to the jurisdiction. We further order that Appellee recover from Appellant, and its sureties, if any, *see* TEX.R.APP.P. 43.5, all costs in this Court. This decision shall be certified below for observance.

JEFF ALLEY, Chief Justice

August 31, 2020

Before Alley, C.J., Rodriguez, and Palafox, JJ.